UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

**RICHARD SELENSKE,**
    **Plaintiff,**

 v.                Case No. 12-C-0577

**ROBERT SELENSKE et al.,**
    **Defendants.**

## DECISION AND ORDER

On June 11, 2012, I dismissed this action for lack of subject matter jurisdiction. On June 14, 2012, plaintiff filed a motion to proceed in forma pauperis and a motion to appoint counsel. I assume that plaintiff mailed these motions to the court before he received my order dismissing this case. In any event, in light of the dismissal for lack of subject matter jurisdiction, plaintiff's motions will be denied as moot.

Accordingly, **IT IS ORDERED** that plaintiff's motion to proceed in forma pauperis and his motion to appoint counsel are **DENIED** as **MOOT**.

Dated at Milwaukee, Wisconsin, this 20th day of June 2012.

                s/ Lynn Adelman
                LYNN ADELMAN
                District Judge